# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA CRUZ, et al., | CASE NO. CV F 09-1983 LJO DLB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO DISMISS ACTION |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiffs' counsel informed this Court that this action had settled. Despite the passage of more than 40 days, no dismissal papers have been filed.

Accordingly, this Court ORDERS plaintiffs' counsel, no later than March 23, 2010, to file papers to show cause why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or the parties, should not be imposed for failure to dismiss this action timely. This order to show cause will be deemed vacated if prior to March 23, 2010 papers are filed to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated: March 16, 2010**       /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

1