# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA CRUZ, et al., | CASE NO. CV F 09-1983 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 10.) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. / | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:  March 19, 2010**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE